# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

LAZARO CRIBEIRO PEREZ,　　　*
　　　　　　　　　　　　　　　*
　　　　　　Petitioner,　　　　*　　　CIVIL ACTION NO.: 5:18-cv-17
　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　*
TRACY JOHNS,　　　　　　　　 *
　　　　　　　　　　　　　　　*
　　　　　　Respondent.　　　　*

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 20. Petitioner Lazaro Perez ("Perez") did not file Objections to this Report and Recommendation.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DISMISSES without prejudice** Perez's 28 U.S.C. § 2241 Petition for failure to follow this Court's directives. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Perez *in forma pauperis* status on appeal.

**SO ORDERED**, this 19th day of March, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA